# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WEST ACRES, LLC, et al.,<br><br>　　　　Defendants. | Case No.  1:14-cv-00562---SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>DEADLINE:  August 7, 2014 |

On July 8, 2014, the parties filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.  Accordingly, it is HEREBY ORDERED that:

1.　　　All pending matters and dates are VACATED; and

2.　　　The parties shall file dispositional documents on or before August 7, 2014.

IT IS SO ORDERED.

Dated:   **July 9, 2014**

_____
UNITED STATES MAGISTRATE JUDGE

1